**[Docket Nos. 7 and 8]**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| GEORGE I. STAPLEY,<br><br>     Plaintiff,<br><br>          v.<br><br>New Jersey Attorney General, et al.,<br><br>     Defendants. | Civil No. 20-2344 (RMB/JS)<br><br>**ORDER** |

This matter came before the Court upon Plaintiff's Motion for Summary Judgment [Docket No. 7] and Plaintiff's Motion for Default Judgment [Docket No. 8].

For the reasons set forth in the accompanying Opinion of the same date,

**IT IS** on this <u>3rd</u> day of December 2020, hereby **ORDERED** that:

Plaintiff's Motion for Summary Judgment is **DENIED,** and Plaintiff's Motion for Default Judgment is **DENIED.**

                                        __s/ Renée Marie Bumb_____
                                        RENÉE MARIE BUMB
                                        UNITED STATES DISTRICT JUDGE